COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-13-00900-CR

Style:                 Raymond Lee Cavitt

                       **v** The State of Texas

Date motion filed[*]:   April 16, 2014

Type of motion:        Motion for extension of time to file appellant's brief

Party filing motion:   Appellant

Document to be filed:  Appellant's brief

If motion to extend time:

    Original due date:              February 3, 2014

    Number of extensions granted:        2           Current Due date:  April 21, 2014

    Date Requested:              May 6, 2014

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  May 6, 2014

        ☑    No further extensions of time will be granted

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    **The motion is granted.  Appellant's brief shall be filed no later than May 6, 2014.**
    **No further extensions of time for the filing of appellant's brief will be granted.**

Judge's signature: /s/ Sherry Radack
        ☑ Acting individually    ☐ Acting for the Court
Panel consists of _____

Date: April 22, 2014

November 7, 2008 Revision